FILED
FEB 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4                **United States Bankruptcy Court**
                 **Central District of California**
5

6                                    ) Chapter 13
                                     )
7  MOHAMMAD REZA SHAMSESFAHANI       ) Case No.: 8:05-bk-18865-TA
                                     )
8                                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                     ) (Bankruptcy Rule 3010)
9                                    )
                                     )
10                                   )
                                     )
11 _____

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300680** in the sum of **$ .02**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3010. The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      MOHAMMAD REZA SHAMSESFAHANI
        PO BOX 3116
18      LAGUNA HILLS, CA 92654

19

20 Date: February 14, 2010        _____
                                   Amrane Cohen, Chapter 13 Standing Trustee
21

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0518865 | MOHAMMAD REZA SHAMSESFAHANI ACCT: | Claim: 00000 | XXX-XX-2453 | 0.02 | 0.00 | 0.02 |
| | | TOTALS | | 0.02 | 0.00 | 0.02 |

MOHAMMAD REZA SHAMSESFAHANI

BALANCE:              [0.00  13/00000]
SSN: XXX-XX-2453    SSN:
ACCT:                        CASE: 0518865
PRINCIPAL:      0.02    INTEREST:      0.00

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300680

Feb 14, 2010

VOID 90 DAYS FROM DATE

*********$0.02

**PAY**    Zero And 02 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300680⑈ ⑆061100790⑆ 000000575186 2⑈